DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 154P13 | State v. Byron Green | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Surry County (11 CRS 1050, 1051) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 155P13 | State v. Christopher Lamont Bullock | Def's *Pro Se* Motion for Petition for Actual Innocence (COAP12-865) | Dismissed |
| 156PA12-3 | Inland Harbor Homeowners Association, Inc. v. St. Josephs Marina, LLC, Renaissance Holdings, LLC, St. Josephs, LLC, Dewitt Real Estate Services, Inc., Dennis Barbour, Randy Gainey, Thomas A. Saieed, Jr., Todd A. Saieed, Robert D. Jones, and The North Carolina Coastal Resources Commission | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-715-3) | Denied<br><br><br><br>**Beasley, J., Recused** |
| 157P13 | State v. Master Maurice Alston | Def's PDR Under N.C.G.S. § 7A-31 (COA12-815) | Denied |
| 160P13 | State v. John Earl Dew, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-642) | Denied |
| 161P13 | James Yingling, Employee v. Bank of America, Employer, Self-Insured (Gallagher Basset Services, Inc., Servicing Agent) | 1. Def's Motion for Temporary Stay (COA12-1031) | 1. Allowed **04/11/13** Dissolved the Stay **06/12/13** |
| | | 2. Defendant's Petition for *Writ of Supersedeas* | 2. Dismissed as Moot |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. - - - |
| | | 4. Def's Motion to Withdraw PDR | 4. Allowed |